**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCERS HEALTH PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>PHASE ONE MOVIE LTD, an Ontario, Canada Corporation,<br><br>Defendant. | No.  CV 12–3534 PA (CWx)<br><br>JUDGMENT |

In accordance with the Court's December 3, 2012 Order granting the Motion for Default Judgment filed by plaintiffs Trustees of the Screen Actors Guild-Producers Pension Plan and Trustees of the Screen Actors Guild-Producers Health Plan ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs are entitled to judgment and that defendant Phase One Movie Ltd. ("Defendant") shall pay to Plaintiffs the total sum of $44,666.44, that sum representing unpaid contributions, interest, liquidated damages imposed pursuant to ERISA § 29 U.S.C. § 1132(g)(2);

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay Plaintiffs' attorney's fees and costs of $7,520.80; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be entitled to post-judgment interest on all sums owing at the legal judgment rate specified in 28 U.S.C. § 1961.

The Clerk is ordered to enter this Judgment.

DATED: December 3, 2012  _____
                         Percy Anderson
                         UNITED STATES DISTRICT JUDGE